# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3025

_____

| | | |
|---|---|---|
| George Daniel Lamb, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Metropolitan Sewer District; James M. | * | |
| Byrne; Patricia Evans, Manager of | * | [UNPUBLISHED] |
| Collections; Laclede Gas Company, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 4, 2001
Filed: October 4, 2001

_____

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

George Lamb appeals the District Court's[1] order dismissing his complaint without prejudice for frivolousness or failure to state a claim, or both. We affirm for the reasons stated in the District Court's order. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.